# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-1393**  September Term, 2012

SEC-77FR38871

Filed On: June 3, 2013 [1438947]

NetCoalition and Securities Industry and
Financial Markets Association,

      Petitioners

      v.

Securities and Exchange Commission,

      Respondent

**O R D E R**

Upon consideration of the stipulation for dismissal of this petition for review, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

BY:   /s/
        Mark A. Butler
        Deputy Clerk